SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
LAMAR MYERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>     Plaintiff,<br><br>     vs.<br><br>PIONEER MEDICAL BUILDING, LLC; and DOES 1 to 10,<br><br>     Defendants. | **Case No.: 2:25-cv-09906-SRM-JC**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff LAMAR MYERS ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  January 14, 2026          **SO. CAL EQUAL ACCESS GROUP**


          _/s/ Jason J. Kim_____
          JASON J. KIM
          Attorney for Plaintiff

NOTICE OF SETTLEMENT OF ENTIRE CASE