UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# JS-6

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-09906-SRM (JCx) | Date | January 16, 2026 |
| --- | --- | --- | --- |
| Title | Lamar Myers v. Pioneer Medical Building, LLC et al | | |

PRESENT:

### HONORABLE SERENA R. MURILLO, UNITED STATES DISTRICT JUDGE

| Gabriela Garcia | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                        None Present

**PROCEEDINGS:    (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

---

The court, having been advised by a Notice of Settlement [13] that this action settled, hereby orders this action dismissed without prejudice.  The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **60 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed.  This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

| | - | : | - |
| --- | --- | --- | --- |
| Initials of Deputy Clerk | gga | | |

cc: